Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−24855−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lakhvinder Singh | Marjit Kaur |
| 29 Harris St. | 29 Harris St. |
| Carteret, NJ 07008 | Carteret, NJ 07008 |

Social Security No.:
  xxx−xx−6715                                             xxx−xx−4944

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/19/16
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

         An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

         **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 17, 2016
JJW: gan

                                        James J. Waldron
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24855-CMG
Lakhvinder Singh                                                    Chapter 13
Marjit Kaur
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 17, 2016
                        Form ID: 132          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2016.
```
db/jdb         +Lakhvinder Singh,    Marjit Kaur,    29 Harris St.,    Carteret, NJ 07008-2901
516320453     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,      4161 Piedmont Pkwy,    Greensboro, NC 27410)
516320454      Bk Of Amer,    4060 Ogletown/stanton Rd,    Newark, DE 19713
516320455     +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
516320460    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,      15000 Capital One Dr,
                Richmond, VA 23238)
516320457     +Cap One,    95 Washington Street,    Buffalo, NY 14203-3006
516320459     +Capital One Bank Na,    PO Box 30285,    Salt Lake City, UT 84130-0285
516320462     +Colorado Capital Investments, Inc,    C/O Pressler And Pressler, Llp,    7 Entin Rd,
                Parsippany, NJ 07054-5020
516320465   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
                Saint Paul, MN 55101)
516320466     +Elizabethtown Gas,    ATTN:Virginia Natural Gas,    544 South Independence Blvd.,
                Virginia Beach, VA 23452-1104
516320467     +FIA Card Services NA,    P.O. Box 15019,    Wilmington, DE 19850-5019
516320469      Hyundai Capital America,    400 Macarthur Blvd,    Newport Beach, CA 92660
516320472     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516320477     +P & J Fuel, Inc,    C/O Marco Shawki, Esq,    1794 Oak Tree Rd.,    Edison, NJ 08820-2704
516320478     +Rcs Mtg,    350 S. Grand Ave, 47th Floor,    Los Angeles, CA 90071-3406
516320479     +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
516320482      The Bank of New York Mellon Trustee,    C/O Specialized Blvd Ste 300,
                Highlands Ranch, CO 80129
516320483     +Vanz LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2016 23:12:23     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2016 23:12:21     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516320456     +E-mail/Text: bankruptcy@cavps.com Aug 17 2016 23:12:40     Calvary SPV, LLC,
                500 Summit Lake Drive Ste 400,    Valhalla, NY 10595-1340
516321847     +E-mail/Text: bankruptcy@cavps.com Aug 17 2016 23:12:40     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516320463     +E-mail/Text: creditonebknotifications@resurgent.com Aug 17 2016 23:11:34     Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
516320464     +E-mail/Text: mrdiscen@discover.com Aug 17 2016 23:11:32     Discover Bank,    PO Box 3025,
                New Albany, OH 43054-3025
516320468     +E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 17 2016 23:12:10     Greentree,    PO Box  6172,
                Rapid City, SD 57709-6172
516320470     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 23:07:12     Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
516320473     +E-mail/Text: bankruptcy@onlineis.com Aug 17 2016 23:12:55     Online Collections,    Po Box 1489,
                Winterville, NC 28590-1489
516320480     +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 23:06:58     Syncb/jc Penney Dc,
                Po Box 965007,    Orlando, FL 32896-5007
516320481     +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 23:07:24     Syncb/pc Richard,
                C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516320461*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,      15000 Capital One Dr,
                Richmond, VA 23238)
516320458*    +Cap One,    95 Washington Street,    Buffalo, NY 14203-3006
516320471*    +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
516320474*    +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516320475*    +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516320476*    +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Aug 17, 2016
                               Form ID: 132             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Lakhvinder   Singh rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              Robert C. Nisenson    on behalf of Joint Debtor Marjit   Kaur rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                             TOTAL: 4
```