UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

LAKHVINDER SINGH & MARJIT KAUR

DEBTORS

Order Filed on September 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:16-24855

Judge:  CMG

# ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 8, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In the Matter of | : | Case: 16-24855 |
| | : | Chapter 13 |
| LAKHVINDER SINGH & | : | |
| MARJIT KAUR | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is

**ORDERED** that the automatic stay shall continue with respect to all legal proceeding against the Debtor and stay all foreclosure sales; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __5__ days of the date hereof.