UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

LAKHVINDER SINGH & MARJIT KAUR

DEBTORS

Order Filed on September 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:16-24855

Judge:  CMG

## ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 8, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  16-24855 |
| | : | Chapter 13 |
| LAKHVINDER SINGH & | : | |
| MARJIT KAUR | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor | : | |
| | : | |
| _____: | | |

      This matter having been opened to the Court by Robert C. Nisenson, Esq., of  the

Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an

Order to Continue Stay and the Court having considered all supporting and opposing

papers, if any, and good cause appearing for the entry of this Order;

      It is

      **ORDERED** that the automatic stay shall continue with respect to all legal

proceeding against the Debtor and stay all foreclosure sales; and it is further

      **ORDERED** that a copy of this Order shall be served upon all parties within

_____5_____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-24855-CMG
Lakhvinder Singh                                                      Chapter 13
Marjit Kaur
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 08, 2016
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db/jdb          +Lakhvinder Singh,    Marjit Kaur,    29 Harris St.,    Carteret, NJ 07008-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Robert C. Nisenson   on behalf of Debtor Lakhvinder  Singh rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          Robert C. Nisenson   on behalf of Joint Debtor Marjit  Kaur rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                      TOTAL: 4