Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−24855−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Lakhvinder Singh                         Marjit Kaur
   29 Harris St.                                  29 Harris St.
   Carteret, NJ 07008                     Carteret, NJ 07008

Social Security No.:
   xxx−xx−6715                               xxx−xx−4944

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 12, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 14, 2016
JJW: dmi

                                                                                                                                                                           James J. Waldron
                                                                                                                                                                           Clerk

```
                           United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 16-24855-CMG
Lakhvinder Singh                                            Chapter 13
Marjit Kaur
          Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Oct 14, 2016
                              Form ID: 148                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db/jdb         +Lakhvinder Singh,    Marjit Kaur,   29 Harris St.,    Carteret, NJ 07008-2901
cr             +Federal National Mortgage Association,    c/o Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave.,    Suite 100,   Boca Raton, FL 33487-2853
516320457      +Cap One,   95 Washington Street,    Buffalo, NY 14203-3006
516320462      +Colorado Capital Investments, Inc,    C/O Pressler And Pressler, Llp,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
516320465     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516320466      +Elizabethtown Gas,    ATTN:Virginia Natural Gas,    544 South Independence Blvd.,
                 Virginia Beach, VA 23452-1104
516320469       Hyundai Capital America,    400 Macarthur Blvd,   Newport Beach, CA 92660
516393132      +MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011
516320472      +Midland Funding,    2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516320477      +P & J Fuel, Inc,    C/O Marco Shawki, Esq,   1794 Oak Tree Rd.,    Edison, NJ 08820-2704
516320478      +Rcs Mtg,    350 S. Grand Ave, 47th Floor,   Los Angeles, CA 90071-3406
516320479      +Rickart Coll Systems,    575 Milltown Rd,   North Brunswick, NJ 08902-3336
516320482       The Bank of New York Mellon Trustee,    C/O Specialized Blvd Ste 300,
                 Highlands Ranch, CO 80129
516320483      +Vanz LLC,   577 Hamburg Turnpike,    Wayne, NJ 07470-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 14 2016 23:04:36      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 14 2016 23:04:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516320453       EDI: BANKAMER.COM Oct 14 2016 22:38:00      Bk Of Amer,   4161 Piedmont Pkwy,
                 Greensboro, NC 27410
516320454       EDI: BANKAMER.COM Oct 14 2016 22:38:00      Bk Of Amer,   4060 Ogletown/stanton Rd,
                 Newark, DE 19713
516320455      +EDI: BANKAMER.COM Oct 14 2016 22:38:00      Bk Of Amer,   1800 Tapo Canyon Rd,
                 Simi Valley, CA 93063-6712
516320460       EDI: CAPITALONE.COM Oct 14 2016 22:38:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
516320456      +E-mail/Text: bankruptcy@cavps.com Oct 14 2016 23:04:53      Calvary SPV, LLC,
                 500 Summit Lake Drive Ste 400,    Valhalla, NY 10595-1340
516361689       EDI: CAPITALONE.COM Oct 14 2016 22:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516320459      +EDI: CAPITALONE.COM Oct 14 2016 22:38:00      Capital One Bank Na,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516321847      +E-mail/Text: bankruptcy@cavps.com Oct 14 2016 23:04:53      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516320463      +EDI: RCSFNBMARIN.COM Oct 14 2016 22:38:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
516320464      +EDI: DISCOVER.COM Oct 14 2016 22:38:00      Discover Bank,   PO Box 3025,
                 New Albany, OH 43054-3025
516320467      +EDI: BANKAMER.COM Oct 14 2016 22:38:00      FIA Card Services NA,    P.O. Box 15019,
                 Wilmington, DE 19850-5019
516320468      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 14 2016 23:04:17      Greentree,   PO Box 6172,
                 Rapid City, SD 57709-6172
516320470      +EDI: RESURGENT.COM Oct 14 2016 22:38:00      Lvnv Funding Llc,   Po Box 10497,
                 Greenville, SC 29603-0497
516320473      +E-mail/Text: bankruptcy@onlineis.com Oct 14 2016 23:05:12      Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
516320480      +EDI: RMSC.COM Oct 14 2016 22:38:00      Syncb/jc Penney Dc,   Po Box 965007,
                 Orlando, FL 32896-5007
516320481      +EDI: RMSC.COM Oct 14 2016 22:38:00      Syncb/pc Richard,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
516436147       EDI: RMSC.COM Oct 14 2016 22:38:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial LLC,    332 Minnesota St.,    Suite 610,
                St. Paul, MN 55101)
516320461*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
516320458*     +Cap One,   95 Washington Street,    Buffalo, NY 14203-3006
516320471*     +Lvnv Funding Llc,   Po Box 10497,    Greenville, SC 29603-0497
516320474*     +Online Collections,   Po Box 1489,    Winterville, NC 28590-1489
```

```
District/off: 0312-3              User: admin             Page 2 of 2              Date Rcvd: Oct 14, 2016
                                  Form ID: 148            Total Noticed: 33


            ***** BYPASSED RECIPIENTS (continued) *****
516320475*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516320476*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
                                                                                             TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association
           legerman@rasnj.com,   gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
          Robert C. Nisenson    on behalf of Debtor Lakhvinder    Singh rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          Robert C. Nisenson     on behalf of Joint Debtor Marjit   Kaur rnisenson@aol.com,
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                             TOTAL: 6
```