**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

ALBERT RUSSO
CN 4853
TRENTON, NEW JERSEY 08650
(609) 587-6888

STANDING CHAPTER 13 TRUSTEE

In Re:

**LAKHVINDER SINGH**

**MARJIT KAUR**

**Debtor(s)**

Order Filed on October 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-24855 CMG

Hearing:

Judge   Christine M. Gravelle

# ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following page numbered two (2), is hereby ORDERED.

**DATED: October 12, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Certification of Default of Standing Trustee, and for good cause shown, it is hereby:

**ORDERED** that the above captioned case is hereby dismissed.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Lakhvinder Singh
Marjit Kaur
    Debtors

Case No. 16-24855-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 14, 2016
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
db/jdb        +Lakhvinder Singh,    Marjit Kaur,    29 Harris St.,    Carteret, NJ 07008-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
       Albert Russo    docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
       Robert C. Nisenson    on behalf of Debtor Lakhvinder Singh rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
       Robert C. Nisenson    on behalf of Joint Debtor Marjit Kaur rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                            TOTAL: 6